JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELVIA MAGALLON,

             Petitioner,

     v.

ELISEO RICOLCOL, Warden,

             Respondent.

Case No. CV 5:23-01644 DSF (RAO)

JUDGMENT

In accordance with the Order Dismissing Action issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATE: November 17, 2023

_____

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE